1  Marc G. Reich (SBN 159936)
2  Email: mgr@reichradcliffe.com
   Adam T. Hoover (SBN 243226)
3  Email: adhoover@reichradcliffe.com
4  **REICH RADCLIFFE & HOOVER LLP**
   4675 MacArthur Court, Suite 550
5  Newport Beach, CA 92660
6  Telephone: (949) 975-0512
   Facsimile:  (949) 208-2839
7
   Joshua M. Lifshitz (*Pro Hac Vice to be submitted*)
8  Email: jml@jlclasslaw.com
9  **LIFSHITZ & MILLER LLP**
   821 Franklin Ave., Suite 209
10 Garden City, NY 11530
11 Telephone: (516) 493-9780
   Facsimile:  (516) 280-7376
12
   *Attorneys for Plaintiff*
13
                **UNITED STATES DISTRICT COURT**
14
15              **NORTHERN DISTRICT OF CALIFORNIA**

16 DAVID STONE, Individually and on
   Behalf of All Others Similarly Situated,        Case No. Case 3:17-cv-07123
17
                        Plaintiff,
18
        v.                                          **STIPULATION AND [PROPOSED]**
19                                                  **ORDER CONCERNING**
   LESLIE Z. BENET, PAUL M. BISARO,                 **PLAINTIFF'S VOLUNTARY**
20 J. KEVIN BUCHI, ROBERT L. BURR,                  **DISMISSAL OF THE ACTIONS**
   ALLEN CHAO, MARY K.                              **AND PLAINTIFFS' COUNSEL'S**
21 PENDERGAST, PETER R. TERRERI,                    **ANTICIPATED APPLICATION**
   JANET S. VERGIS, IMPAX                           **FOR AWARD OF ATTORNEYS'**
22 LABORATORIES, INC., ATLAS                        **FEES AND EXPENSES**
   HOLDINGS, INC., K2 MERGER SUB
23 CORPORATION, AND AMNEAL
   PHARMACEUTICALS LLC,
24
                        Defendants.
25

26

27

28

1    **WHEREAS**, two class actions (individually, an "Action" and, collectively,

2    the "Actions") were commenced in this Court on behalf of putative classes of

3    Impax Laboratories ("Impax" or the "Company") stockholders to challenge the

4    proposed combination of Impax with Amneal Pharmaceuticals LLC ("Amneal");

5    **WHEREAS**, on October 17, 2017, the Company announced that it had

6    entered into a business combination agreement (the "Business Combination

7    Agreement" or "BCA") whereby Amneal will acquire Impax in a transaction via a

8    merger of Atlas Holdings, Inc. ("Holdco") and K2 Merger Sub Corporation

9    ("Merger Sub") (the "Proposed Transaction");

10    **WHEREAS,** on November 21, 2017, Defendants filed a Form S-4

11    Registration Statement (the "Registration Statement") with the United States

12    Securities and Exchange Commission ("SEC") in connection with the Transaction;

13    **WHEREAS**, on December 12, 2017, Plaintiff Susan Vana ("Plaintiff Vana")

14    filed a putative class action on behalf of a putative class of Impax stockholders

15    alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of

16    1934 and Rule 14a-9 promulgated thereunder, and alleging that the S-4 failed to

17    disclose information that Plaintiff Vana alleged was necessary to make the

18    statements in the S-4 not materially false or misleading (*Vana* v. *Impax*

19    *Laboratories, Inc., et al.*, Case No. 3:17-cv-07123 (N.D. Cal.)) (the "Initial

20    Action");

21    **WHEREAS**, on December 15, 2017, Plaintiff David Stone ("Plaintiff

22    Stone") brought the instant putative class action on behalf of a putative class of

23    Impax stockholders also alleging violations of Sections 14(a) and 20(a) of the

24    Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and

25    alleging that the S-4 failed to disclose information that Plaintiff Stone alleged was

26    necessary to make the statements in the S-4 not materially false or misleading (the

27    "Second Action," and together with the Initial Action, collectively, the "Actions");

28    **WHEREAS**, on December 29, 2017, Defendants filed Amendment No. 1 to

1

the Registration Statement, which contained supplemental disclosures (the "Initial Supplemental Disclosures");

**WHEREAS**, on March 19, 2018, Impax filed a Current Report on Form 8-K which contained further supplemental disclosures concerning the Proposed Transaction (the "Further Supplemental Disclosures," and together with the Initial Supplemental Disclosures, collectively, the "Supplemental Disclosures");

**WHEREAS**, on March 27, 2018, the Impax stockholder vote on the Proposed Transaction was held and the Impax stockholders approved the Proposed Transaction;

**WHEREAS**, Plaintiffs Vana and Stone believe and contend that the Supplemental Disclosures were material and mooted the claims set forth in the Actions;

**WHEREAS**, Plaintiffs Vana and Stone assert that the prosecution of the Actions caused Impax to file the Supplemental Disclosures with the SEC, and that Plaintiffs' counsel has the right to seek and recover attorneys' fees in connection with a claimed common benefit provided to Impax stockholders as a result of the filing of the Supplemental Disclosures;

**WHEREAS**, Plaintiffs in the Actions have agreed to submit a single application for attorney's fees and expenses, and have further agreed that any such application will be filed solely in this Court, should such an application become necessary ("Fee and Expense Application");

**WHEREAS**, no class has been certified in the Actions;

**WHEREAS**, no discussions or negotiations whatsoever regarding Plaintiffs' claims for attorneys' fees and expenses have occurred to date; and

**WHEREAS**, Defendants reserve the right to oppose, in whole or in part, any Fee and Expense Application submitted by Plaintiffs relating to the Actions.

**IT IS HEREBY STIPULATED AND AGREED,** by Plaintiff and Defendants, through their respective undersigned counsel, subject to the approval of the Court that:

1. Plaintiff Stone hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1), and the action shall be so dismissed. The dismissal is as to the named Plaintiff Stone only and has no effect upon the absent members of the putative class. Because dismissal as to the Class is without prejudice, notice is not required.

2. This Court shall retain continuing jurisdiction over the parties to the Actions solely for purposes of adjudicating any claim by Plaintiffs' counsel in the Actions for an award of attorneys' fees and expenses.

3. Plaintiffs in the Actions shall file any petition and supporting papers seeking such relief, or notice of an agreement among the parties concerning fees and expenses, by no later than June 1, 2018.

4. This Stipulation is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiffs or Defendants in the Actions in support of or in opposition to any claim by Plaintiffs for attorneys' fees and expenses.

Dated:  April 2, 2018

**REICH RADCLIFFE & HOOVER LLP**

By:  _/s/ Adam T. Hoover_
Adam T. hoover

**OF COUNSEL:**

Joshua M. Lifshitz (*Pro Hac Vice*)
**LIFSHITZ & MILLER**

3

1
2

*Attorneys for Plaintiff*

3

**SULLIVAN & CROMWELL LLP**

4

By: */s/ Adam S. Paris*

5

   Adam S. Paris (SBN 190693)

6
7

1888 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 712-6600

8

Facsimile:  (310) 712-8800

9

Email: parisa@sullcrom.com

10

*Attorney for Defendants*

11
12

LESLIE Z. BENET, PAUL M. BISARO, J.
KEVIN BUCHI, ROBERT L. BURR,

13

ALLEN CHAO, MARY K. PENDERGAST,
PETER R. TERRERI, JANET S. VERGIS,

14

IMPAX LABORATORIES, INC., ATLAS

15

HOLDINGS, INC. AND K2 MERGER SUB
CORPORATION

16

17

**LATHAM & WATKINS LLP**

18

By: */s/ Andrew Gray*

19

   Andrew Gray (SBN 254594)

20

650 Towne Center Drive, 20th Floor

21

Costa Mesa, CA  92626
Telephone: (714) 755-8017

22

Facsimile:  (714) 755-8290

23

Email: Andrew.Gray@lw.com

24

*Attorney for Defendant*

25

AMNEAL PHARMACEUTICALS LLC

26
27
28

4