# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE Z. BENET, PAUL M. BISARO, J. KEVIN BUCHI, ROBERT L. BURR, ALLEN CHAO, MARY K. PENDERGAST, PETER R. TERRERI, JANET S. VERGIS, IMPAX LABORATORIES, INC., ATLAS HOLDINGS, INC., K2 MERGER SUB CORPORATION, AND AMNEAL PHARMACEUTICALS LLC,<br><br>Defendants. | Case No. Case 3:17-cv-07123-SI<br><br>**CLASS ACTION**<br><br>**P~~ROPOSE~~D ORDER RE: DISMISSAL** |

Having reviewed the parties' Stipulation Concerning Plaintiff's Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses, and for good cause shown, the Court orders as follows:

1. Plaintiff Stone hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1), and the action shall be so dismissed. The dismissal is as to the named Plaintiff Stone only and has no effect upon the absent members of the putative class. Because dismissal as to the Class is without prejudice, notice is not required.

2. The Court shall retain continuing jurisdiction over the parties to the Actions solely for purposes of adjudicating any claim by Plaintiffs' counsel for an award of attorneys' fees and expenses.

3. Plaintiffs in the Actions shall file any petition and supporting papers seeking such relief, or notice of an agreement among the parties concerning fees and expenses, by no later than June 1, 2018.

4. This Stipulation is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiffs or Defendants in support of or in opposition to any claim by Plaintiffs for attorneys' fees and expenses.

**IT IS SO ORDERED.**

DATED this __5th__ day of April, 2018.

_____
**HONORABLE SUSAN ILLSTON**
**UNITED STATES DISTRICT JUDGE**